**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Jack Morris,  :  <br>  :  <br> Plaintiff,  :  <br> v.  :  Civil Action No.: 1:12-cv-10408-GAO <br>  :  <br> Portfolio Recovery Associates, L.L.C.; and  :  <br> DOES 1-10, inclusive,  :  <br>  :  <br> Defendants.  :  | |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: April 27, 2012

                  Respectfully submitted,

                  PLAINTIFF, Jack Morris

                  /s/ Sergei Lemberg

                  Sergei Lemberg, Esq.
                  B.B.O. No.: 650671
                  **LEMBERG & ASSOCIATES L.L.C.**
                  1100 Summer Street, 3rd Floor
                  Stamford, CT 06905
                  Telephone: (203) 653-2250
                  Facsimile:  (203) 653-3424
                  slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on April 27, 2012, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

           By /s/ Sergei Lemberg

             Sergei Lemberg